IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN J. DENNIS, JR.,** | : | Civil No. 1:19-CV-01449 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **SUSQUEHANNA TOWNSHIP, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

**O R D E R**

**AND NOW**, this 15th day of July, 2024, upon consideration of Defendants' motion for summary judgment (Doc. 51), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **GRANTED** as to each federal claim filed against Defendants. The court declines to exercise supplemental jurisdiction over Plaintiff's state law claims and Officer Dupler's state law counterclaim, and those claims are **DISMISSED** without prejudice. The Clerk of Courts is directed to close this file.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge